UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

HERMINIO GARCIA RAMIREZ et al.,

                     Plaintiffs,            20cv3841 (JGK)

       - against -                <u>ORDER</u>

JAMIL LIQUORS et al.,

                     Defendants.
_____

JOHN G. KOELTL, District Judge:

     The parties should submit a Rule 26(f) report by July 10, 2020.

SO ORDERED.

Dated:     New York, New York
          June 26, 2020       _____/s/ John G. Koeltl_____
                                 John G. Koeltl
                    United States District Judge