UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                  :

HERMINIO GARCIA RAMIREZ *et al.*,      :

                    Plaintiffs,      :

                                    :           20-CV-3841 (JPC)

          -v-                                  :

                                    :           <u>ORDER</u>

JAMIL LIQUORS INC. *et al.*,             :

                                    :

                  Defendants.     :

                                    :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The parties shall file a joint letter updating the Court on the status of this case by April 8, 2021.

      SO ORDERED.

Dated: February 21, 2021                     _____
       New York, New York                         JOHN P. CRONAN
                                                   United States District Judge