

# MKC
## LAW GROUP

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE

EMAIL: MKC@MKCLAWGROUP.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/11/2021

**MEMO ENDORSED**

June 10, 2021

<u>Via ECF; Total Pages: 1</u>
Hon. Katharine H. Parker, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:    Garcia Ramirez et al v. Jamil Liquors Inc. et al
             Docket No. 1:20-cv-03841-JGK

Dear Judge Parker:

    This office represents Defendants in the above-referenced matter. I am writing to respectfully request an adjournment of the telephone conference scheduled for June 17, 2021 at 11:30 a.m. I have a previously scheduled mediation which cannot be rescheduled.

    I have conferred with Plaintiff's counsel, and she consents to this adjournment request. The parties respectfully submit June 23, 24, or 28 for the court's consideration for rescheduling. This is the first request for adjournment in this matter.

    Thank you for your kind consideration and courtesies in regard to this matter.

                                 Respectfully submitted,

                                 *Michael K. Chong*

                                 Michael K. Chong, Esq.

MKC/kr
cc: Plaintiff's counsel (*via ECF*)

**APPLICATION GRANTED:**  This case has been referred to me for settlement purposes (docket no. 40).  The telephone conference previously scheduled for Thursday, June 17, 2021 at 11:30 a.m. in advance of a settlement conference has been rescheduled to <u>Monday, June 28, 2021 at 10:15 a.m.</u>  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  <u>Please dial (866) 434-5269, Access code: 4858267.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

06/11/2021