USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

  HERMINIO GARCIA RAMIREZ et al,

                                Plaintiffs,

          -against-

JAMIL LIQUORS INC. et al.,

                                Defendants.
-------------------------------------------------------------------X

**ORDER SCHEDULING
SETTLEMENT CONFERENCE**

**20-CV-3841 (JPC)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter is scheduled for **Thursday, August 19, 2021 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **August 12, 2021 by 5:00 p.m.**

    SO ORDERED.

Dated: June 28, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge