

# MKC
## LAW GROUP

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/04/2021

**MEMO ENDORSED**

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*

EMAIL: MKC@MKCLAWGROUP.COM

August 3, 2021

<u>Via ECF; Total Pages: 1</u>
Hon. Katharine H. Parker, U.S.M.J
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

  Re: Garcia Ramirez et al v. Jamil Liquors Inc. et al
     Docket No. 1:20-cv-03841-JPC

Dear Judge Parker:

  This office represents Defendants in the above referenced matter. I am writing to respectfully request an adjournment of the settlement conference scheduled for August 19, 2021 at 2:00 p.m. I will be out of the country and will be available after August 23, 2021.

  I have conferred with Plaintiffs' counsel, and they consent to this adjournment request. This is the first request for adjournment in this matter.

  Thank you for your kind consideration and courtesies in regard to this matter.

            Respectfully submitted,

            *Michael K. Chong*

            Michael K. Chong, Esq.

MKC/kr
cc: All Counsel *(via ECF)*

**APPLICATION GRANTED:** The Settlement Conference in this matter scheduled for Thursday, August 19, 2021 at 2:00 p.m. is hereby rescheduled to <u>Thursday, September 16, 2021 at 2:00 p.m.</u> and converted to a <u>telephonic conference.</u> Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  <u>Please dial (866) 434-5269, Access code: 4858267.</u>  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than <u>September 9, 2021 by 5:00 p.m.</u>

APPLICATION GRANTED

*[signature: Katharine H. Parker]*

Hon. Katharine H. Parker, U.S.M.J.

08/04/2021