# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/09/2021
```

**MEMO ENDORSED**

September 8, 2021

**Via ECF**
Honorable Judge Katharine H. Parker
United States Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:    Garcia Ramirez et al v. Jamil Liquors Inc. et al
            Docket No. 1:20-cv-03841-JPC

Your Honor:

    This firm represents Plaintiffs in the above-referenced matter. We write this letter jointly with defendants to respectfully request adjournment of the Settlement Conference currently scheduled for Thursday, September 16, 2021, at 2:00 p.m.

    I am currently preparing for a trial in another matter that is scheduled for September 22, 2021 before the Hon. Ona T. Wang. (*Calle Jara v. Manna 2nd Ave LLC et al*; SDNY 1:18-cv-02871). The parties have the following available dates: November 24, 29, and 30th. This is the second request for an adjournment in this matter.

    Thank you for your time and consideration of this matter

Respectfully Submitted,

/s/ Bryan Robinson
Bryan D. Robinson, Esq.
Michael Faillace & Associates, P. C.
*Attorneys for Plaintiffs*

**APPLICATION GRANTED:** The Settlement Conference in this matter scheduled for Thursday, September 16, 2021 at 2:00 p.m. is hereby rescheduled to **Monday, November 29, 2021 at 2:00 p.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. Please dial (866) 434-5269, Access code: 4858267. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **November 22, 2021 by 5:00 p.m.**

APPLICATION GRANTED

*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.