UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                 :
HERMINIO GARCIA RAMIREZ *et al.*,        :

                            Plaintiffs,      :

                                           :       20-CV-3841 (JPC)
           -v-                                    :
                                                 :           <u>ORDER</u>

JAMIL LIQUORS INC. *et al.*,                 :

                            Defendants.  :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The parties shall appear for a status teleconference on December 13, 2021, at 10:00 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. By December 8, 2021, the parties shall file a joint letter updating the Court on the status of this case.

       SO ORDERED.

Dated: December 1, 2021
       New York, New York                                          JOHN P. CRONAN
                                                                    United States District Judge