```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
HERMINIO GARCIA RAMIREZ et al.,                     :
                                                    :
                        Plaintiff,                  :
                                                    :         20 Civ. 3841 (JPC)
        -v-                                         :
                                                    :            ORDER
JAMIL LIQUORS INC. et al,                           :
                                                    :
                        Defendant.                  :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On January 3, 2023 the Court extended fact discovery in this case until February 10, 2023. The deadline for expert discovery was not set, but the Court now determines that expert discovery shall be completed by April 21, 2023.

The parties are directed to file a status update by April 28, 2023 advising the Court as to whether the parties request a referral to the assigned Magistrate Judge for a settlement conference or to the Court-annexed mediation program, whether any party plans to file a post-discovery motion, the anticipated grounds for any such motion, and the opposing party's anticipated grounds for opposing the motion. In the event any party plans to file a post-discovery motion, the joint status letter will satisfy the Court's pre-motion letter requirement.

If the parties do not intend to file any post-discovery motions, then by May 22, 2023 they shall submit a proposed Joint Pretrial Order prepared in accordance with Rule 26(a)(3) of the Federal Rules of Civil Procedure and 7.B of the Court's Individual Rules and Practices in Civil Cases.  The parties shall follow the Court's Individuals Rules and Practices in Civil Cases for any submissions that must be made at the time of the Joint Pretrial Order, including any motions *in limine*.

In accordance with 7.C of the Court's Individual Rules and Practices in Civil Cases, counsel are required to meet and confer on a joint submission of proposed *voir dire* questions, jury instructions, and verdict form, noting any points of disagreement in the joint submission. Jury instructions may not be submitted after the Joint Pretrial Order due date, unless they meet the standard of Rule 51(a)(2)(A) of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated: April 3, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge