UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
HERMINIO GARCIA RAMIREZ *et al.*,            :
:
Plaintiffs,        :
:                   20 Civ. 3841 (JPC)
-v-                                :
:                       ORDER
JAMIL LIQUORS INC. *et al*,                  :
:
Defendants.       :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On April 27, 2023, the parties informed the Court that they would submit settlement materials in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) by May 13, 2023.  Dkt. 74.  The parties have not filed these materials.  Therefore, the parties shall file their settlement materials by May 23, 2023.

SO ORDERED.

Dated: May 16, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge