

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE

EMAIL:
BSherr@mkclawgroup.com

May 23, 2023

<u>Via ECF</u>
Hon. John P. Cronan, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

     Re:    *Garcia Ramirez et al v. Jamil Liquors Inc. et al*, 20 CV 3841 (JPC)

Your Honor:

    This firm represents the defendants in the above-referenced action. With the plaintiffs' consent, the defendants move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to extend the time to file the motion to dismiss from today to June 6, 2023. There has been no such prior motion. The parties have not yet concluded the settlement, but are working productively to do so, and therefore request this additional time. I thank the Court for its time and consideration.

    Respectfully submitted,

Brandon Sherr

The request is granted. The parties shall file their settlement materials by June 6, 2023. The parties are reminded that pursuant to the Court's Individual Rules and Practices, extension requests must be submitted at least 48 hours prior to the relevant deadline.

The Clerk of Court is respectfully directed to close the motion pending at Docket Number 76.

SO ORDERED.
Date: May 24, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge