

# MKC LAW GROUP

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE

EMAIL:
BSHERR@MKCLAWGROUP.COM

June 16, 2023

<u>Via ECF</u>
Hon. John P. Cronan, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

Re:   *Garcia Ramirez et al v. Jamil Liquors Inc. et al*, 20 CV 3841 (JPC)

Your Honor:

     This firm represents the defendants in the above-referenced action. With the plaintiffs' consent, the defendants move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to extend the time to file the motion to dismiss from June 15, 2023, *nunc pro tunc*, to June 21, 2023. There have been two such prior motions, both granted. The plaintiffs have executed the settlement agreement. One of the settling defendants, merits of the plaintiffs' claims aside, is not very involved in the business and lives out of state, but the pending agreement contemplates his executing the settlement agreement and also a confession of judgment under oath. We need some additional time to do this, and we expect to have the agreement and other documents executed by the defendants by Monday. The plaintiffs then ask for until Wednesday due to plaintiffs' counsel's availability. This motion is filed after the expiration of time because the parties needed additional time to agree to its contents. I thank the Court for its time and consideration.

Respectfully submitted,

Brandon Sherr

The request is granted.  The Court assumes that the parties are referring to a stipulation of dismissal, not a motion to dismiss.  The parties shall submit their settlement materials by June 21, 2023.  The Clerk of Court is respectfully directed to close the motion pending at Docket Number 81.

SO ORDERED.
Date: June 20, 2023
New York, New York

JOHN P. CRONAN
United States District Judge